# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Timothy Washington,

     Plaintiff,

          v.                             Case No.   1:13cv278

Commissioner of Social Security,          Judge Michael R. Barrett

     Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 31, 2013 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 9) in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981.    No objections to the Magistrate Judge's Report and Recommendation (Doc. 9) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 9) of the Magistrate Judge is hereby **ADOPTED.**   The Commissioner's decision is **REVERED** under sentence four of 42 U.S.C. §405(g) and is **REMANDED** for further review based upon the Joint Stipulation for Remand (Doc. 8) filed by the parties.

     **IT IS SO ORDERED.**

                                ___*s/Michael R. Barrett*_____
                                Michael R. Barrett
                                United States District Judge